# United States Court of Appeals
## For the First Circuit

_____

No. 15-1936

JAMES B. LIPPINCOTT,

Plaintiff, Appellant,

v.

J.P. MORGAN CHASE BANK, NATIONAL ASSOCIATION; CHASE HOME FINANCE, LLC; CHASE MANHATTAN MORTGAGE CORP.; FANNIE MAE, a/k/a Federal National Mortgage Association; HARMON LAW OFFICES, P.C.; MARK P. HARMON, of Harmon Law Offices,

Defendants, Appellees.

_____

Before

Howard, Chief Judge,
Thompson and Kayatta, Circuit Judges.

_____

**JUDGMENT**

Entered: March 29, 2016

Plaintiff-appellant James B. Lippincott appeals the district court's dismissal of his complaint pursuant to Fed. R. Civ. P. 12(b)(6). On de novo review, see Morales-Tanon v. Puerto Rico Elec. Power Auth., 524 F.3d 15, 18 (1st Cir. 2008), we conclude, essentially for the reasons stated by the district court in its July 16, 2015 Order, that the complaint fails to allege facts sufficient to support a plausible claim for relief. See Ashcroft v. Iqbal, 556 U.S. 662, 678 (2009); Bell Atl. Corp. v. Twombly, 550 U.S. 544, 555 (2007)). Moreover, appellant's contention that he was entitled to a default judgment is meritless; defendants properly filed motions to dismiss under Rule 12(b)(6) in lieu of answers. See Fed. R. Civ. P. 12(a)(4), 12(b).

Affirmed. See 1st Cir. R. 27.0(c).

By the Court:

/s/ Margaret Carter, Clerk

cc:
James B. Lippincott
Wayne E. George
Andrea V. Lasker
Scott C. Owens